CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 09 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **WILLIE GEAR,** | ) | **CASE NO. 7:14CV00586** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **ARVIL GALLIHAR, ET AL.,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and

1367(c), and this action is stricken from the active docket of the court.

**ENTER**: This 9ᵗʰ day of February, 2015.

_____
Chief United States District Judge